**UNITED STATES of America v. Charles Edgar COUTRE.**

No. 10146.

Circuit Court of Appeals, Ninth Circuit.

May 25, 1942.

Wm. Fleet Palmer, U. S. Atty., and Daniel Dillon, Atty., Dept. of Justice, both of Los Angeles, Cal., for appellant.

David Spaulding, of West Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly and that the mandate of this Court in this cause issue forthwith.

■

**UNITED STATES of America, Appellant, v. 1940 MODEL DODGE COUPE, MOTOR NO. D14—191545.**

No. 12310.

Circuit Court of Appeals, Eighth Circuit.

May 28, 1942.

Maurice M. Milligan, U. S. Atty., and Charles L. King, Asst. U. S. Atty., both of Kansas City, Mo., for appellant.

R. Bowland Ritchie, of Wichita, Kan., for appellee.

PER CURIAM.

Appeal from United States District Court docketed and dismissed without costs to either party in this Court, pursuant to stipulation.

■

**UNITED STATES of America, Appellant, v. Elizabeth J. O'DONNELL et al.**

No. 12289.

Circuit Court of Appeals, Eighth Circuit.

May 4, 1942.

Harry C. Blanton, U. S. Atty., and A. T. Welborn, Sp. Asst. to U. S. Atty., both of St. Louis, Mo., for appellant.

Maurice P. Phillips and Harry Richards, both of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed on motion of appellant and stipulation of parties.

■

**Wilford WILLIAMS, Appellant, v. UNITED STATES of America, Appellee.**

No. 8880.

Circuit Court of Appeals, Sixth Circuit.

May 12, 1942.

Donald B. Frederick, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and it appearing to the court that there was substantial evidence to support the verdict and that there was no reversible error in admitting in evidence the Government's Exhibits 1, 2 and 3, or upon the record, it is therefore ordered and adjudged that the judgment and sentence appealed from be and the same is affirmed.